# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**REDMOND DESHAWN LOGAN,**
**#114297**                                                                                    **PLAINTIFF**

**VS.**                             **4:20-cv-00861-BRW-BMD**

**ANTHONY CARTER,** *et al.*                                                          **DEFENDANTS**

## ORDER

On November 9, 2020, United States Magistrate Judge Beth M. Deere submitted a Proposed Findings and Recommended Disposition ("RD") (Doc. No. 14). The RD noted that Plaintiff had not filed objections to the pending motion to dismiss. However, on November 16, 2020, Plaintiff filed a response to the motion to dismiss and objections to the RD.[1]

After reviewing the RD, Plaintiff's response to the motion and objections to the RD, and conducting a *de novo* review of the record, I approve and adopt the RD in all respects.

Plaintiff admits that he was taken to a specialist after he filed his complaint. He does not allege that he missed a prescribed follow-up appointment or that Defendants ignored his medical needs or the specialist's recommended treatment plan. Plaintiff appears to want another MRI or Cat scan, but has provided no evidence or argument that this course of treatment was recommended by the specialist. Additionally, Plaintiff does not assert that he has been harmed between the filing of this complaint and now. Instead, he speculates that he could be harmed by not regularly seeing a specialist. This is insufficient to state a claim for deliberate indifference.

Accordingly, the Motion to Dismiss (Doc. No. 12) is GRANTED and this case is DISMISSED, without prejudice, for failing to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

---

[1] Doc. Nos. 15, 16.

1

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2020.

                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE