IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REDMOND DESHAWN LOGAN,**
**#114297**                                                                                              **PLAINTIFF**

**VS.**                                          **4:20-cv-00861-BRW-BMD**

**ANTHONY CARTER,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED without prejudice.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2020.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE